UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD REED,

        Plaintiff,

  v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

        Defendant.

Case No. 25-cv-04045-JST

**ORDER REMANDING ACTION**

Plaintiff originally brought this action in the Alameda County Superior Court. *See* ECF No. 1 at 1. He removed it to this Court on May 9, 2025. *Id.*

Plaintiff does not have a right to remove to federal court the action he originally elected to file in state court. *In re Walker*, 375 F.2d 678, 678 (9th Cir. 1967) ("No right exists in favor of a person who, as plaintiff, has filed an action in the state court, to cause the removal of such action to federal court"). Thus, the notice of removal was without effect.

This case is remanded to the Alameda County Superior Court. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 27, 2025



_____
JON S. TIGAR
United States District Judge